[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11130

_____

DORIS HADCOCK

Plaintiff,

SHELLEY CARRIER,
personal representative of the estate of
Doris Hadcock,

Plaintiff-Appellant,

*versus*

JEST OPERATING, INC.,
d.b.a. Somerset,
PATRICIA R. LEININGER,
MERIDETH C. NAGEL,
MERIDETH NAGEL, P.A.,
ELIZABETH HEIMAN,

2                    Opinion of the Court                    23-11130

Defendants-Appellees,

MICHAEL J. ROGERS, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:20-cv-00095-JSM-PRL

_____

Before WILSON, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

We have considered all arguments raised on appeal by Plaintiff-Appellant Shelley Carrier, including that:

I.      The district court abused its discretion in excluding the testimony and report of Kathryn Strodel.

II.     The district court abused its discretion in excluding evidence and testimony relating to Neal Hadcock's probate.

III.    The district court abused its discretion in excluding evidence of Neal Hadcock's residency at Somerset Assisted Living Facility.

IV.    The district court erred in granting Defendants' motions for directed verdicts.

After careful review and consideration of the briefs and the record, and having the benefit of oral argument, we find no reversible error in the proceedings in the district court.  Therefore, the judgment of the district court is

**AFFIRMED.**